Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

E. W. Bunker and Nellie M. Bunker, Administratrix *cum testamento annexo,* Appellants, v. Omar S. Jones and all persons known or unknown who have or claim to have any right, title or interest in or to the following described premises, Appellees.

An Appeal from the Circuit Court for Palm Beach County.

Appeal dismissed on motion of counsel for Appellees.

*John Ziegler,* for the motion.

---

Semi-Tropical Land Company, a corporation, Appellant, v. Florida Land & Mortgage Company, B. P. Connolly and H. C. Wallace, co-partners trading as Connolly and Wallace, Appellees.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel for Appellees.

*H. L. Anderson,* for Appellant;

*Kay, Adams & Ragland,* for Appellees.